UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
Chaia Braun, individually and on behalf of all others
similarly situated,

     Plaintiff,

               Case No.: 1:21-cv-2226

  -against-

Arstrat, LLC,

     Defendant(s).
------------------------------------------------------------------------x

## <u>JOINT STIPULATION OF DISMISSAL</u>

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** <u>April 6, 2022</u>

| For Plaintiff Chaia Braun | For Defendant Arstrat, LLC |
|---|---|
| */s/ Tamir Saland* <br> Tamir Saland <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> tsaland@steinsakslegal.com | */s/ Melanie Perisch* <br> Melanie Perisch <br> Von Briesen & Roper, S.C. <br> 441 E. Wisconsin Ave Suite 1000 <br> Milwaukee, WI 53202 <br> Ph: (414) 287-1225 <br> mperisch@vonbriesen.com |

SO ORDERED.

**s/ WFK**
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: April 7, 2022
      Brooklyn, New York